

SAN FRANCISCO CA 940
02 JAN 2018 PM 7 L

US District Court
1301 Clay St. #400S
Oakland, CA
94612

