1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

United States District Court
Northern District of California

7

CARL "KALLE" WESCOTT,

Plaintiff,

8

v.

9

10

DARRELL BUSHNELL, et al.,

Defendants.

11

Case No.   17-cv-07371-DMR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

12

TO ALL PARTIES AND COUNSEL OF RECORD:

13

The Case Management Conference previously scheduled for April 4, 2018 has been

14

CONTINUED to **June 6, 2018 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301

15

Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

16

**May 30, 2018.**

17

18

**IT IS SO ORDERED.**

19

Dated: March 28, 2018

20



Donna M. Ryu
United States Magistrate Judge

21

22

23

24

25

26

27

28