UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL "KALLE" WESCOTT,

    Plaintiff,

v.

DARRELL BUSHNELL, et al.,

    Defendants.

Case No. 4:17-cv-07371-DMR

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 3/28/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carl "Kalle" Wescott
PO Box 190875
San Francisco, CA 94119

Dated: 3/28/2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU