Wendt
PO Box 190875
94119

Clerk of the Court
US District Court
1301 Clay #400S
Oakland, CA 94612