UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL "KALLE" WESCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>DARRELL BUSHNELL, et al.,<br><br>    Defendants. | Case No. 4:17-cv-07371-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/25/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carl "Kalle" Wescott
PO Box 190875
San Francisco, CA 94119

Dated: 4/25/2018

                           Susan Y. Soong
                           Clerk, United States District Court

                           By:_____
                           Ivy Lerma Garcia, Deputy Clerk to the
                           Honorable DONNA M. RYU