UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL "KALLE" WESCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DARRELL BUSHNELL, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-07371-DMR<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 4/25/2018, I SERVED a true and correct copy(ies) of the attached Order Reassigning Case and Notice of Eligibility of Video Recording, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

　　　Carl "Kalle" Wescott
　　　PO Box 190875
　　　San Francisco, CA 94119

Dated: 4/25/2018

　　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Jacquelyn Lovrin, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　Honorable KANDIS A. WESTMORE