1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    CARL "KALLE" WESCOTT,                    Case No.  17-cv-07371-RS

            Plaintiff,
8

9         v.                                  ORDER ADOPTING REPORT AND
                                              RECOMMENDATION TO DISMISS
10   DARRELL BUSHNELL, et al.,                THE COMPLAINT

            Defendants.
11

12

13        This is a dispute over an allegedly unlawful judgment and lien on a property in Nicaragua.

14   The magistrate judge to whom the matter was initially assigned issued an order dismissing the

15   complaint with leave to amend. On February 23, 2018, plaintiff filed an amended complaint,

16   which again suffers from the defects identified in the prior order of dismissal. Accordingly, the

17   magistrate judge issued a Report and Recommendation that the matter be dismissed for lack of

18   federal subject matter jurisdiction and personal jurisdiction over the defendants, and because

19   venue is improper in this district.  No objections to the Report and Recommendation have been

20   submitted, and the time for doing so has expired.

21        The recommendation to dismiss is adopted.  Because the deficiencies in personal

22   jurisdiction and venue cannot be cured by amendment, this action is hereby dismissed without

23   leave to amend.

24   **IT IS SO ORDERED**.

25

26   Dated: May 14, 2018

27                                            _____

28                                            RICHARD SEEBORG
                                              United States District Judge